UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-cv-80620-AMC

SIMPLE LIFE MEDICAL, LLC,

    Plaintiff,

v.

CUE HEALTH, INC.,

    Defendant.
_____/

## SECOND JOINT STATUS REPORT REGARDING ARBITRATION

Plaintiff, Simple Life Medical, LLC ("Plaintiff"), and Defendant, Cue Health, Inc., ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's June 30, 2023 Order Accepting Stipulation to Submit Matter to Arbitration [ECF No. 19], hereby file this Second Joint Status Report Regarding Arbitration, as follows:

1. On April 6, 2023, Plaintiff filed its Complaint [ECF No. 1].

2. On June 29, 2023, the Parties filed a Joint Stipulation to Submit Matter to Arbitration and Stay Pending Action [ECF No. 18].

3. On June 30, 2023, this Court entered an Order Accepting Stipulation to Submit Matter to Arbitration [ECF No. 19], ordering the Parties to arbitration and staying without prejudice the instant proceeding pending the outcome of arbitration (the "Order"). The Court ordered the Parties to file a Joint Status Report every 90 days to apprise the Court of the status of arbitration.

4. The Parties hereby comply with the Order as follows.

CASE NO. 23-cv-80620-AMC

5. On August 1, 2023, Plaintiff filed with the American Arbitration Association its Arbitration Demand asserting causes of action for (1) Breach of Contract, (2) Breach of Duty of Good Faith and Fair Dealing, (3) Tortious Interference, (4) Violation of Florida's Deceptive and Unfair Trade Practices Act, (5) Fraudulent Misrepresentation, and (6) Fraudulent Inducement.

6. On September 18, 2023, Defendant filed its Answer and Statement of Defenses to Claimant's Arbitration Demand.

7. On September 27, 2023, Defendant filed its Counterclaim Arbitration Demand asserting causes of action for (1) Breach of Contract, (2) Unjust Enrichment, (3) Account Stated, and (4) Goods Sold.

8. On November 30, 2023, the AAA appointed an arbitrator to which no Party has objected to.

9. A preliminary hearing is currently scheduled for January 12, 2024.

## **CONCLUSION**

WHEREFORE, the Parties respectfully advise the Court of the current status of arbitration proceedings. Pursuant to the Court's Order, the Parties will file their Third Joint Status Report on or before March 26, 2024.

Dated: December 27, 2023.

Respectfully submitted,

CASE NO. 23-cv-80620-AMC

| | |
|---|---|
| s/ Kevin A. Forsthoefel | /s/ Ursula Henninger |
| Robert N. Clarke, Jr., Esq. | Ursula Henninger |
| Florida Bar No. 592900 | Florida Bar No.: 0801631 |
| Email: rclarke@ausley.com | Email: uhenninger@kslaw.com |
| Kevin A. Forsthoefel, Esq. | KING & SPALDING LLP |
| Florida Bar No. 092382 | Southeast Financial Center |
| Email: kforsthoefel@ausley.com | 200 S. Biscayne Blvd., Ste 4700 |
| Patrick Bickford, Esq. | Miami, Florida 33131 |
| Florida Bar No. 1003200 | Tel. (305) 462-6016 |
| Email: pbickford@ausley.com | |
| AUSLEY & MCMULLEN P.A. | *Counsel for Defendant* |
| 123 South Calhourn Street | |
| Tallahassee, Florida 32301 | |
| Tel. (850) 224-9115 | |

*Attorneys for Plaintiff*