UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-cv-80620-AMC

SIMPLE LIFE MEDICAL, LLC,

    Plaintiff,

v.

CUE HEALTH, INC.,

    Defendant.
_____/

## THIRD JOINT STATUS REPORT REGARDING ARBITRATION

Plaintiff, Simple Life Medical, LLC ("Plaintiff"), and Defendant, Cue Health, Inc., ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's June 30, 2023 Order Accepting Stipulation to Submit Matter to Arbitration [ECF No. 19], hereby file this Joint Status Report Regarding Arbitration, as follows:

1. On April 6, 2023, Plaintiff filed its Complaint [ECF No. 1].

2. On June 29, 2023, the Parties filed a Joint Stipulation to Submit Matter to Arbitration and Stay Pending Action [ECF No. 18].

3. On June 30, 2023, this Court entered an Order Accepting Stipulation to Submit Matter to Arbitration [ECF No. 19], ordering the Parties to arbitration and staying without prejudice the instant proceeding pending the outcome of arbitration (the "Order"). The Court ordered the Parties to file a Joint Status Report every 90 days to apprise the Court of the status of arbitration.

4. The Parties hereby comply with the Order as follows.

5. The Parties are currently engaged in written discovery and document production.

CASE NO. 23-cv-80620-AMC

6. The Final Hearing in the Arbitration is currently scheduled for December 3, 2024, through December 6, 2024, unless completed earlier.

7. Pre-Hearing conferences are scheduled for July 10, 2024, and November 7, 2024.

8. On February 29, 2024, Defendant Amended its Answer and Affirmative Defenses to Claimant's Arbitration Demand.

## **CONCLUSION**

WHEREFORE, the Parties respectfully advise the Court of the current status of arbitration proceedings. Pursuant to the Court's Order, the Parties will file their Fourth Joint Status Report on or before June 24, 2024.

Dated:  March 25, 2024.

Respectfully submitted,

| | |
|---|---|
| *s/ Kevin A. Forsthoefel* <br> Kevin A. Forsthoefel, Esq. <br> Florida Bar No. 092382 <br> Email: *kforsthoefel@ausley.com* <br> Robert N. Clarke, Jr., Esq. <br> Florida Bar No. 592900 <br> Email: *rclarke@ausley.com* <br> Patrick Bickford, Esq. <br> Florida Bar No. 1003200 <br> Email: *pbickford@ausley.com* <br> AUSLEY & MCMULLEN P.A. <br> 123 South Calhourn Street <br> Tallahassee, Florida 32301 <br> Tel. 850-224-9115 <br><br> *Attorneys for Plaintiff* | *s/ Ursula Henninger* <br> Ursula Henninger <br> Florida Bar No.: 0801631 <br> Email: uhenninger@kslaw.com <br> KING & SPALDING LLP <br> Southeast Financial Center <br> 200 S. Biscayne Blvd., Ste 4700 <br> Miami, Florida 33131 <br> Tel. (305) 462-6016 <br><br> *Counsel for Defendant* |